IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOSEPH NTANGSI,              )
                             )
    Plaintiff,               )
                             )        CIVIL ACTION NO.
    v.                       )           2:11cv234-MHT
                             )               (WO)
TROY UNIVERSITY,             )
                             )
    Defendant.               )
```

OPINION

Plaintiff Joseph Ntangsi filed this lawsuit charging defendant Troy University with employment discrimination. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that this case be dismissed for want of prosecution; that Troy University's motion for sanctions be granted; and that $1000 be awarded to Troy University and against Ntangsi as a sanction. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of October, 2011.

                             /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**