IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOSEPH NTANGSI,                 )
                                )
    Plaintiff,                  )
                                )    CIVIL ACTION NO.
    v.                          )      2:11cv234-MHT
                                )           (WO)
TROY UNIVERSITY,                )
                                )
    Defendant.                  )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 29) is adopted.

(2) Defendant Troy University's motion for sanctions (doc. no. 23) is granted.

(3) This lawsuit is dismissed for want of prosecution.

   (4) Defendant Troy University shall have and recover from plaintiff Joseph Ntangsi the sum of $1000.00 as a sanction.

It is further ORDERED that costs are taxed against plaintiff Ntangsi, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 6th day of October, 2011.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**